USCA1 Opinion

 

 May 24, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2137 FREDERICK M. HEON, JR., Plaintiff, Appellant, v. GEORGE A. VOSE, JR., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Mary M. Lisi, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Frederick M. Heon, Jr. on brief pro se. ______________________ Michael B. Grant, Senior Legal Counsel, Rhode Island Department _________________ of Corrections, on brief for appellees. ____________________ ____________________ Per Curiam. Frederick Heon, Jr., who is ___________ incarcerated at the Adult Correctional Institutions in Rhode Island, appeals from the district court's dismissal of his civil rights suit under 42 U.S.C. 1983 against various state prison officials. We affirm substantially for the reasons given in the magistrate judge's report dated July 12, 1995, which the district court adopted as its decision. See ___ also Dominique v. Weld, 73 F.3d 1156 (1st Cir. 1996). We ____ _________ ____ have considered Heon's claims of error, but find none of them persuasive. Affirmed. See Loc. R. 27.1. ____________________________ -2-